IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MICHAEL XAVIER SMITH | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | NO. 3-10-CV-1986-P |
| TOM D'AMORE, ET AL. | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Plaintiff is ordered to pay the $350.00 statutory filing fee within 20 days after the date of this order. If he fails to do so, this case will be dismissed without further notice.

SO ORDERED this 2nd day of November, 2010.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE